# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| MAHER, WALTER T | § | Case No. 05-52753 JBS |
| MAHER, MARY E | § | |
| | § | |
| Debtor(s) | § | |

### NOTICE OF AMENDED TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH E. COHEN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
## CLERK OF BANKRUPTCY COURT

Date Mailed: _____        By: _____

*JOSEPH E. COHEN*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS

In re:                                    §
                                          §
MAHER, WALTER T                           §          Case No. 05-52753 JBS
MAHER, MARY E                             §
                                          §
            Debtor(s)                     §

## SUMMARY OF AMENDED TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| *The Final Report shows receipts of* | $ | 107,644.24 |
| *and approved disbursements of* | $ | 48,248.04 |
| *leaving a balance on hand of*[1] | $ | 59,396.20 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| | $ |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee: JOSEPH E. COHEN* | $ 4,143.74 | $ 47.96 |
| *Attorney for trustee: COHEN & KROL* | $ 2,478.25 | $ 0.00 |
| *Appraiser:* | $ | $ |
| *Auctioneer:* | $ | $ |
| *Accountant:* | $ | $ |
| *Special Attorney for trustee:* | $ | $ |
| *Charges:* | $ | $ |
| *Fees:* | $ | $ |
| *Other:* | $ | $ |

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Other: | | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| | Reason/Applicant | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor: | | $_____ | $_____ |
| Attorney for: | | $_____ | $_____ |
| Accountant for: | | $_____ | $_____ |
| Appraiser for: | | $_____ | $_____ |
| Other: | | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 545.53  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  117.6 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 000001 | SMC c/o Carson Pirie Scott - HSBC Bank Nevada N.A. | $              545.53 | $              641.39 |
| _____ | _____ | $_____ | $_____ |

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |
| _____ | _____ | $_____ | $_____ |

The amount of surplus returned to the debtor after payment of all claims and interest is $52,084.86. $ 0.00 .

Prepared By: _____

*JOSEPH E. COHEN*
*105 WEST MADISON STREET, SUITE 1100, CHICAGO, IL 60602-0000*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: vwalker               Page 1 of 1          Date Rcvd: Jan 06, 2010
Case: 05-52753               Form ID: pdf006              Total Noticed: 20

The following entities were noticed by first class mail on Jan 08, 2010.
db/jdb      +Walter T Maher,   Mary E Maher,   3600 Old Airport Road NW,   Apt 1220,
             Albuquerque, MN 87114-9306
aty         +Lorraine M Greenberg,   Lorraine M. Greenberg,   150 North Michigan Avenue,   Suite 800,
             Chicago, IL 60601-7585
aty         +Marc Wagman,   Swanson & Wagman LLC,   700 West Grand Avenue Suite C1,   Chicago, IL 60654-5095
tr          +Joseph E Cohen,   Tr.,   Cohen & Krol,   105 West Madison Suite 1100,   Chicago, IL 60602-4600
10184758     Advocate South Suburban Hospital,   22091 Network Place,   Chicago, IL 60673-1220
10184759     Capital One,   P.O. Box 85015,   Richmond, VA 23285-5015
10184760     Carson Pirie Scott,   Attn: Bankruptcy,   P.O. Box 17633,   Baltimore, MD 21297-1633
10184762     Chase,   PO Box 15651,   Wilmington, DE 19886-5651
10184761     Chase,   PO Box 52045,   Phoenix, AZ 85072-2045
10184764     Citi Cards,   PO Box 6000,   The Lakes, NV 89163-6000
10184765   ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
             GRAND RAPIDS MI 49546-6253
            (address filed with court:  Fifth Third Bank,   P.O. Box 630778,   38 Fountain Square Plaza,
             Cincinnati, OH 45263-0778)
10184766    +Keystone Orthopaedic Specialists,   3330 W 177th Street,   Suite #2C,
             Hazel Crest, IL 60429-2186
10184767    +Loyola University Physician,   Two Westbrook Corporate,   Suite 600,   Westchester, IL 60154-5716
10184768    +Merchants Credit Guide Co.,   Executive Offices,   223 West Jackson Blvd.,
             Chicago, IL 60606-6908
10184769     National City Bank,   PO Box 2349 #KA16F5,   Kalamazoo, MI 49003-2349
10184770    +Prudential Financial,   PO Box 7390,   Philadelphia, PA 19176-7390
10641314    +SMC c/o Carson Pirie Scott - HSBC Bank Nevada N.A.,   BOX 19249,   SUGARLAND TX 77496-9249
10184771    +St. James Radiologists,   c/o Creditors Collection Bureau,   755 Almar parkway,
             Bourbonnais, IL 60914-2392
10184772    +St. Joseph Hospital,   333 North Madison Street,   Joliet, IL 60435-8200

The following entities were noticed by electronic transmission on Jan 06, 2010.
10184763    +Fax: 602-221-4614 Jan 06 2010 23:42:43    Chase Auto Finance,   POB 31207,
             Tampa, FL 33631-3207
                                                                                    TOTAL: 1

         ***** BYPASSED RECIPIENTS *****
NONE.                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 08, 2010**                    **Signature:**    _Joseph Speetjens_