UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MAHER, WALTER T | § | Case No. 05-52753 |
| MAHER, MARY E | § | |
| | § | |
| Debtor(s) | § | |

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH E. COHEN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $           (see **Exhibit 1**), minus funds paid to the debtor and third parties of $           (see **Exhibit 2**), yielded net receipts of $           from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

    4) This case was originally filed under chapter ___ on _____. The case was pending for ___ months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH E. COHEN_____
                                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| WALTER T. MAHER |  |  |  |
| MARY E. MAHER |  |  |  |
|  |  |  |  |
| Walter T. & Mary E. Maher |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA |  |  |  |  |  |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH E. COHEN | | | | | |
| JOSEPH E. COHEN | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| COHEN & KROL | | | | | |
| JOSEPH E. COHEN | | | | | |
| LORRAINE GREENBERG & ASSOCIATES | | | | | |
| LORRAINE GREENBERG & ASSOCIATES | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Advocate South Suburban Hospital 22091 Network Place Chicago, IL 60673-1220 | | | | | |
| Capital One P.O. Box 85015 Richmond, VA 23285-5015 | | | | | |
| Chase PO Box 15651 Wilmington, DE 19886-5651 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chase PO Box 52045 Phoenix, AZ 85072-2045 | | | | | |
| Citi Cards PO Box 6000 The Lakes, NV 89163-6000 | | | | | |
| Keystone Orthopaedic Specialists 3330 W 177th Street Suite #2C Hazel Crest, IL 60429 | | | | | |
| Loyola University Physician Two Westbrook Corporate Suite 600 Westchester, IL 60154 | | | | | |
| Merchants Credit Guide Co. Executive Offices 223 West Jackson Blvd. Chicago, IL 60606 | | | | | |
| National City Bank PO Box 2349 #KA16F5 Kalamazoo, MI 49003-2349 | | | | | |
| St. James Radiologists c/o Creditors Collection Bureau 755 Almar parkway Bourbonnais, IL 60914-2313 | | | | | |
| St. Joseph Hospital 333 North Madison Street Joliet, IL 60435 | | | | | |

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SMC C/O CARSON PIRIE SCOTT - HSBC B | | | | | |
| SMC C/O CARSON PIRIE SCOTT - HSBC B | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | $ | $ | $ | $ |

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

Exhibit 8

| Case No: | 05-52753 | JBS | Judge: JACK B. SCHMETTERER | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAHER, WALTER T | | | Date Filed (f) or Converted (c): | 10/13/05 (f) |
| | MAHER, MARY E | | | 341(a) Meeting Date: | 02/24/06 |
| For Period Ending: | 06/24/10 | | | Claims Bar Date: | 05/31/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. CASH | 50.00 | 0.00 | | 0.00 | 0.00 |
| 2. HOUSEHOLD GOODS | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 3. CHECKING | 400.00 | 0.00 | | 0.00 | 0.00 |
| 4. BOO, PICTURES | 100.00 | 0.00 | | 0.00 | 0.00 |
| 5. APPAREL | 500.00 | 0.00 | | 0.00 | 0.00 |
| 6. LIFE INSURANCE | 2,500.00 | 0.00 | | 0.00 | 0.00 |
| 7. IRA | 15,000.00 | 0.00 | | 0.00 | 0.00 |
| 8. PERSONAL INJURY | Unknown | Unknown | | 107,500.00 | Unknown |
| 9. VEHICLE | 22,570.00 | Unknown | | 0.00 | Unknown |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 148.96 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $43,620.00 $0.00 $107,648.96 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRUSTEE INVESTIGATING VALUE OF PERSONAL INJURY CASE. TRUSTEE HAS EMPLOYED SPECIAL COUNSEL TO PUESUE PERSONAL INJURY ACTION. TRUSTEE BELIEVES PERSONAL INJURY CASE WILL SETTLE SHORTLY.
CASE HAS BEEN SETTLED AND TRUSTEE FILING A MOTION TO APPROVE SETTLEMENT. TRUSTEE JUST RECEIVED SETTLEMENT PROCEEDS 12/24/07.
TRUSTEE TO REVIEW CLAIMS. TRUSTEE PREPARING HIS FINAL REPORT.
TRUSTEE HAS SUBMITTED HIS FINAL REPORT TO THE UST FOR REVIEW. FINAL MEETING SET FOR 1/28/10.

Initial Projected Date of Final Report (TFR): 02/28/08      Current Projected Date of Final Report (TFR): 01/30/10

LFORM1

UST Form 101-7-TDR (9/1/2009) *(Page: 8)*

Ver: 15.09

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-52753 -JBS | | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|---|
| Case Name: | MAHER, WALTER T | | Bank Name: | BANK OF AMERICA, N.A. |
| | MAHER, MARY E | | Account Number / CD #: | *******6906 BofA - Money Market Account |
| Taxpayer ID No: | *******8143 | | | |
| For Period Ending: | 06/24/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 12/24/07 | 8 | STATE FARM MUTUAL AUTO INS. CO. | Settlement of Lawsuit | 1142-000 | 100,000.00 | | 100,000.00 |
| 12/24/07 | 8 | STATE FARM MUTUAL AUTO INS. CO. | Settlement of Lawsuit | 1142-000 | 7,500.00 | | 107,500.00 |
| 12/31/07 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.500 | 1270-000 | 1.38 | | 107,501.38 |
| 01/09/08 | | Transfer to Acct #*******6922 | TRANSFER TO WRITE CHECKS | 9999-000 | | 48,146.86 | 59,354.52 |
| 01/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.400 | 1270-000 | 28.69 | | 59,383.21 |
| 02/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.300 | 1270-000 | 14.12 | | 59,397.33 |
| 03/25/08 | 000301 | INTERNATIONAL SURETIES, LTD. | Bond premium | 2300-000 | | 52.40 | 59,344.93 |
| 03/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 14.04 | | 59,358.97 |
| 04/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 12.16 | | 59,371.13 |
| 05/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.54 | | 59,378.67 |
| 06/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.30 | | 59,385.97 |
| 07/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.54 | | 59,393.51 |
| 08/29/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.54 | | 59,401.05 |
| 09/30/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.150 | 1270-000 | 7.31 | | 59,408.36 |
| 10/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 5.76 | | 59,414.12 |
| 11/28/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 4.87 | | 59,418.99 |
| 12/31/08 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 3.22 | | 59,422.21 |
| 01/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.01 | | 59,423.22 |
| 02/27/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 0.91 | | 59,424.13 |
| 02/28/09 | 000302 | International Sureties, Ltd. 701 Poydras St. Suite 420 New Orleans, LA 70139 | Bond premium | 2300-000 | | 48.78 | 59,375.35 |
| 03/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.020 | 1270-000 | 1.01 | | 59,376.36 |
| 04/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.44 | | 59,378.80 |
| 05/29/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.52 | | 59,381.32 |
| 06/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.44 | | 59,383.76 |
| 07/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.52 | | 59,386.28 |
| 08/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.52 | | 59,388.80 |
| 09/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.050 | 1270-000 | 2.44 | | 59,391.24 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 9)*

Ver: 15.09

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 05-52753 -JBS | | Trustee Name: | JOSEPH E. COHEN |
| Case Name: | MAHER, WALTER T | | Bank Name: | BANK OF AMERICA, N.A. |
| | MAHER, MARY E | | Account Number / CD #: | *******6906  BofA - Money Market Account |
| Taxpayer ID No: | *******8143 | | | |
| For Period Ending: | 06/24/10 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 10/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.52 | | 59,393.76 |
| 11/30/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.44 | | 59,396.20 |
| 12/31/09 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.050 | 1270-000 | 2.52 | | 59,398.72 |
| 01/28/10 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 2.20 | | 59,400.92 |
| 01/28/10 | | Transfer to Acct #*******6922 | Final Posting Transfer | 9999-000 | | 59,400.92 | 0.00 |

| Account *******6906 | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|
| 2 | Deposits | 107,500.00 | 2 | Checks | 101.18 |
| 26 | Interest Postings | 148.96 | 0 | Adjustments Out | 0.00 |
| | | | 2 | Transfers Out | 107,547.78 |
| | Subtotal | $ 107,648.96 | | | |
| | | | | Total | $ 107,648.96 |
| 0 | Adjustments In | 0.00 | | | |
| 0 | Transfers In | 0.00 | | | |
| | Total | $ 107,648.96 | | | |

FORM 2     Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD     Exhibit 9

| Case No: | 05-52753 -JBS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAHER, WALTER T | Bank Name: | BANK OF AMERICA, N.A. |
|  | MAHER, MARY E | Account Number / CD #: | *******6922 BofA - Checking Account |
| Taxpayer ID No: | *******8143 |  |  |
| For Period Ending: | 06/24/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
|  |  |  | BALANCE FORWARD |  |  |  | 0.00 |
| 01/09/08 |  | Transfer from Acct #*******6906 | TRANSFER TO WRITE CHECKS | 9999-000 | 48,146.86 |  | 48,146.86 |
| 01/09/08 | 003001 | LORRAINE GREENBERG & ASSOCIATES | Attorney fees per court order |  |  | 33,146.86 | 15,000.00 |
|  |  |  | Fees     32,250.00 | 3210-000 |  |  | 15,000.00 |
|  |  |  | Expenses     896.86 | 3220-000 |  |  | 15,000.00 |
| 01/09/08 | 003002 | WALTER T. MAHER | Payment of exemption | 8100-002 |  | 7,500.00 | 7,500.00 |
|  |  |  | Payment of exemption |  |  |  |  |
| 01/09/08 | 003003 | MARY E. MAHER | Payment of exemption | 8100-002 |  | 7,500.00 | 0.00 |
|  |  |  | Payment of exemption |  |  |  |  |
| 01/28/10 |  | Transfer from Acct #*******6906 | Transfer In From MMA Account | 9999-000 | 59,400.92 |  | 59,400.92 |
| 02/18/10 | 003004 | JOSEPH E. COHEN | Chapter 7 Compensation/Fees | 2100-000 |  | 4,143.74 | 55,257.18 |
|  |  | 105 WEST MADISON STREET |  |  |  |  |  |
|  |  | SUITE 1100 |  |  |  |  |  |
|  |  | CHICAGO, IL 60602-0000 |  |  |  |  |  |
| 02/18/10 | 003005 | JOSEPH E. COHEN | Chapter 7 Expenses | 2200-000 |  | 47.96 | 55,209.22 |
|  |  | 105 WEST MADISON STREET |  |  |  |  |  |
|  |  | SUITE 1100 |  |  |  |  |  |
|  |  | CHICAGO, IL 60602-0000 |  |  |  |  |  |
| 02/18/10 | 003006 | COHEN & KROL | Attorney for Trustee fees | 3110-000 |  | 1,652.17 | 53,557.05 |
| 02/18/10 | 003007 | Joseph E. Cohen | Attorney fees per court order | 3110-000 |  | 826.08 | 52,730.97 |
| 02/18/10 | 003008 | SMC c/o Carson Pirie Scott - HSBC Bank Nevada N.A. | Claim 000001, Payment 117.77354% |  |  | 642.49 | 52,088.48 |
|  |  | BOX 19249 |  |  |  |  |  |
|  |  | SUGARLAND TX 77496 |  |  |  |  |  |
|  |  |  | Claim     545.53 | 7100-000 |  |  | 52,088.48 |
|  |  |  | Interest     96.96 | 7990-000 |  |  | 52,088.48 |
| 02/18/10 | 003009 | Walter T. & Mary E. Maher | Surplus to Debtor | 8200-002 |  | 52,088.48 | 0.00 |
|  |  |  | Surplus to Debtor |  |  |  |  |

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 05-52753 -JBS | Trustee Name: | JOSEPH E. COHEN |
|---|---|---|---|
| Case Name: | MAHER, WALTER T | Bank Name: | BANK OF AMERICA, N.A. |
| | MAHER, MARY E | Account Number / CD #: | *******6922 BofA - Checking Account |
| Taxpayer ID No: | *******8143 | | |
| For Period Ending: | 06/24/10 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Account *******6922

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 0 | Deposits | 0.00 | 9 Checks | 107,547.78 |
| 0 | Interest Postings | 0.00 | 0 Adjustments Out | 0.00 |
| | | | 0 Transfers Out | 0.00 |
| | Subtotal | $ 0.00 | | |
| 0 | Adjustments In | 0.00 | Total | $ 107,547.78 |
| 2 | Transfers In | 107,547.78 | | |
| | Total | $ 107,547.78 | | |

Report Totals

| | | | | |
|---|---|---|---|---|
| | Balance Forward | 0.00 | | |
| 2 | Deposits | 107,500.00 | 15 Checks | 107,648.96 |
| 26 | Interest Postings | 148.96 | 0 Adjustments Out | 0.00 |
| | | | 2 Transfers Out | 107,547.78 |
| | Subtotal | $ 107,648.96 | | |
| 0 | Adjustments In | 0.00 | Total | $ 215,196.74 |
| 2 | Transfers In | 107,547.78 | | |
| | Total | $ 215,196.74 | Net Total Balance | $ 0.00 |

LFORM2T4 UST Form 101-7-TDR (9/1/2009) *(Page: 12)*

Ver: 15.09